In The United States District Court
Northern District of Illinois
Eastern Division

F I L E D

FEB 28 2014 MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Tobias G. Payton
    Plaintiff,

    V.

Kenlyn Grote, et al
    Defendants,

Case No. 10 C 3069

Judge: Harry D. Leinenweber

Plaintiffs Motion in
responce to Defendant's Summary
Judgment, asking for Judgment in
Plaintiff favor,

# Legal Standard

Summary Judgment.

The Court Shall not grant Summary Judgment were Movant fails to show opposing partie has no genuine issue.

In determining whether factual issues exist, the Court must view all the evidence and draw all reasonable inferences in the light most favorable to the non-Moving party (Pleintiff). Weber v. Universites ass 621 F.3d 589.

## Rule 56.

Mandates the entry of Summary Judgment, after adequate time for discovery and upon time for discovery and upon motion, against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear burden of proof at trial. Celotex v. Catrett 477 U.S. 317

# Argument

1. Plaintiff did not receive his medication an abundant amount of times on or about March to Apriel 2009.

2. Plaintiff has an affidavit from c/o Kirk (now L.t.) stating plaintiff was not receiving his medication from Grote. See: Appendix P.1

3. c/o Kirk stated he called Grote on his walkie talkie for Grote to bring Plaintiff his meds. See: Appendix P.1

4. On the day Kirk called Grote, the Mars state Plaintiff received his meds; when he did not. See Appendix P. 3 -10

5. That i have an affidavit from Josh Dixion, who was my neihober in cell 628 around the time inquestion. See: Appendix P.1

6. That plaintiff can produce an Affidavit from or, Serigo Williams as an Witness, plaintiff the cellmate

7. That plaintiff can produce an affidavit from William Neely Josh Dixion; cell mate at time of question.

8. That on 6-23-2009. Plaintiff told Kirk that Grote refused his Medication again. See: Appendix. P.2

9. Kirk told plaintiff to tell L.t. Nurse, who sent plaintiff to health care. See: Appendix. P.2

10. On 6-23-2009. and 6-21-2009. The MAR's State i received My meds, which C/o Kirk attest to being false. See: Appendix. P.1 and P.3-10.

11. On 6-23-2009, Grote wrote plaintiff a ticket for giving false information stating i refused my meds, but Grote signed the Medication Administration Records (MARS), stating i received my meds. See: Appendix. P. 3-10

12. Plaintiff has a right to file grievances and report staff wrong doing's, without fear of being disciplined; and any so discipline is retaliation.

13. The adjustment committee know's plaintiff can not be disciplined for writing a grievance, nor reporting staff misconduct.

14. The Adjustment committee knew that f-house tower officer's Markee and Sortino, could not witness Grote Administer Medication in B-house.

15. Defendant's has not denied f-house can not been from B-house.
See: Appendix P. 12-16, and all document's filed by defendants.

16. That plaintiff has spoken to both Markee's, who stated they will testify they never spoke to the Adjustment Committee; and you can not see B-house from F-house.

17. That both Markee's said that they will come forward on Plaintiff behave, if Served with the Complaint; In this civil action.

18. Plaintiff file a motion four month's ago to have the Markees Served, which has not been ruled on; and Still Seeks Service.

19. The adjustment committee has an duty to act impartical and justly, which they failed to do when they made up factitious witnesses to discipline plaintiff.
See: Appendix P. 11-16

20. Plaintiff is not complaining about the 1Month Commissary restriction, but the fact he was retalated against and disciplained for writing grievances and reporting Grote denial of his Meds. See: Appendix. P1-16.

21. Franklin and Johnson retalating and giving plaintiff C-grade, still violite's his rights.

22. The Adjustment committee caused plaintiff headaches due to stress and worry, that plaintiff May face More retalation.

23. Plaintiff never stated a claim that Bass and Shaw, failure to follow the grievance procedure violated a right under 1983.

24. Bass and Shaw violated plaintiff right's when they acted with deliberate indiffence to plaintiff's serious medical needs, and turned an blind eye to plaintiff's allegrtions against Grote. See: Appendix, P. 1-16

25. Bass and Shaw are responsible for addressing Grote's misconduct, staff's misconduct (refusel to Admister Medicine) is not a question of medical expertise. See: Appendix P. 1-16.

26. That even if plaintiff grievence was an medical expertise question. Bass and Shaw should not have relied on Judgment of Medicial, when even a lay person can see plaintiff was receiving inadequte and inappropriate treatment. Johnson v. Doughty 433 F.3d 1001. See: Appendix. P. 1-16

27. That Grote was never told nor directed by any doctor's recommedation or dianosis, to deny plaintiff Medication for any reason.

28. That Grote admitted on 9-23-2009, She denied plaintiff his med's; because he would not get out of bed. Grote never stated plaintiff said he did not want his meds. See: Appendit, P. 17

29. Plaintiff presented Bass and Shaw with an stateville employee (Kirk) as a witness, that Grote was not giving plaintiff his Medication; Bass and Shaw Jobis to investigate claims in grievance. 730 ILCS 5/3-8-8.

30. Plaintiff filed Eight or more grievances, and Bass and Shaw Continued to turn a blind eye; and refer non-Medical grievances to Medical. See: Appendit, P. 12-16

31. Bass and Shaw is well aware that staff Misconduct is not a doctor's recommendation or dianois, they are using this as an excuse for turning a blind eye to plaintiffs Serious Medical needs.

32. Plaintiff believe Bass and Shaw never read grievances, because they never addressed Margue and Zertino action's (Identified as Markee and Sortino), The claim's against them were also refered to medical.
See: Appendix P. 12-16

33. Bass and Shaw failure to address the action's of the adjustment Committee, Sortino, and Markee; is Farther evidence of there deliberate indifference. See: Appendix. P. 12-16

34. Johnson and Franklin never asked Markee or Sortino if they seen Grote Stop at B-629, and Markee is willing to atest to this.

35. Johnson and Franklin made up Margue and Zertino as witnesses, to retalete and find Plaintiff guilty.

36. That Once personal/records Sent Plaintiff an affidavit, stating Margue and Zertino never worked at Stateville, Defendents claimed the actual names are Markee and Sortino.

37. That at trial plaintiff can and will prove Johnson and Franklin know Markee and Sortino working F-house tower can't see B-house.

<del>30.</del>

38. Plaintiff's statements are true and can be proven at trial, and the presence of all the action's of Johnson and Franklin as stated by plaintiff, can only mean defendant's acted in retaliation against plaintiff.

39. That all defendant's directly participated in plaintiff being denied his medication or being retaliated against, through directly acting with deliberate indifference and turning a blind eye to plaintiff Serious Medical needs, or making up factitious witnesses to disciplaine plaintiff on a ticket Grote wrote in violation of plaintiffs rights.

## Conclusion

Wherefore the legal standard for Summary Judgment, is for movant to show opposing partie (Plaintiff) has no genuine issue. Judgment shall not be granted, for non-moving party (Plaintiff) has showed upon ponderous evidence, he has genuine issue's. The courts must view all evidence in light most favorable to non-moving party (Plaintiff). If the court draw's all reasonable inference's in favor of non-moving party as required, Plaintiff shall Prevail.

Rule 56. Only mandate's entry of Summary Judgment, against a party who fails to show sufficient evidence to establish the existence of an element essential to that party case, which that party will bear burden of proof at trial. Celotex V. Catrett 477 U.S. 317

Plaintiff has showed Sufficient
evidence under the legal standard
for Summary Judgment and Rule 56,
that he has geniune issues that
he can prevail on. Therefor Judgment
shall be granted in Plaintiff's Favor,
and Defendant's motion denied.

Respectfully Submitted by:
[S] _Tobias Payton_ 2-25-2014
Tobias Payton   Date.

P.13

# Appendix

Toshua Dixion    Affidavit                                      P.1
C/o Kirk    Affidavit                                          P.2
MARS   chart    Feb09                                          P.3
Mars   chart    Mar09                                          P.4
Mars   chart    Apr09                                          P.5
Mars   chart    May09                                          P.6
Mars   chart    Apr/May09                                      P.7
Mars   chart    ~~Aug 09~~ Sep09                               P.8
Mars   chart    Oct 09                                         P.9
Mars   Chart    Nov/Dec 09                                     P.10
Adjustment committee Summary                                   P.11
Grievance #1976                                                P.12
Grievance #1976 Page 2                                         P.13
Grievance #1976 Grievance officer/chief Administrative Responce P.14
Liping Zheng Memorandum to grievance #1976                     P.15
Administrative Review Board Responce to #1976                  P.16
Kenylin Grote ticket 6-23-2009                                 P.17



STATE OF ILLINOIS          )
                           ) SS
COUNTY OF Will             )

## AFFIDAVIT

I, Joshua Dixon _____ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

On or about Feb. 2009 intil Mid Jun 2009, I was
inmate Paytons Neibober, I was in 628 and inmate
Paytons was in cell 629. I occasionally seen Nurse
Keniyn stop by my cell or cell 627, call out Payton's
for med's and then leave the gallery Nurse Keniyn
never actually went to inmate Payton's cell, after
a month or so, I would hear Payton yelling for
Nurse Keniyn to bring his med's which she never
did. this went on for about 2 or 3 months.

_____
_____
_____
_____
_____
_____

                              Joshua Dixon
                              **AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____, 20____

_____
NOTARY PUBLIC

## AFFIDAVIT

I, _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Some time in June of 2008, i witnessed inmate Payton screaming, i asked him what was wrong. Payton said Nurse Kenlyn wont give him his medication i called on my walkie-talkie for her to bring Payton his medication. Some time later i went on b gallery in b-house and inmate Payton was screaming for his medication, i told Payton to report Nurse Kenlyn the cell-house Lt. That's all i know concerning these incidents i don't know if Payton was denying his medication, and starting problems or if he was being refused his medication, All i know was that Payton and Kenlyn were having some kind of problems

c/o P. [signature] #2714
**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____, 20____

_____
NOTARY PUBLIC

P. 2

# MEDICATION ADMINISTRATION RECORD

**BOSWE●●HARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Feb 09

Desyrel 150 V8
ī ɡ HS

renewed 3/4/09–4/10/09 HS

Celexa 40mg
ī ɡ AM

renewed 3/4/09–4/10/09

**PATIENT NAME AND NUMBER**
PATIENT, RUDD 7

**DATE OF BIRTH OR SOC. SEC. NO.**

**FACILITY**
C J A

Page 3

# MEDICATION ADMINISTRATION RECORD

**BOSWE●●HARMACY SERVICES●**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 03/25/09 Original Order | CITALOPRAM 1BR 40 MG TABL SUB FOR CELEX 40MG TABLET ARDOL NARJU TAKE 1 TABLET BY MOUTH IN THE MORNING X 7 WEEKS | 07:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04/11/09 REF:01 Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/30/09 Original Order | TRAZODONE 150MG TABLET SUB FOR: DESYREL 150MG TABLET ARDON, NARJO TAKE 1 TABLET BY MOUTH AT BEDTIME X 7 WEEKS | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04/11/09 REF:01 Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 19762P Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Signature / Initial** columns repeated across

| PATION 6:24 | | | | |
| ATE NAME AND NUMBER | DATE OF BIRTH OR SOC. SEC. NO | ALLERGIES NO KNOWN ALLERGIES | FACILITY | CHARTINGS FOR |
| RYTUN/I. R104-2 | | | | DIAGNOSIS |

Fred Orders

MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES

814-629-1397 · Fax: 814-629-7644

MARCH 2009

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/4/9 | Trazodone 150mg po qHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/4/9 | Celexa 40mg PO q̄ am | am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/10/09 | Trazodone 100mg PO qHS x 2days then | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/21/09 | Trazodone 50mg PO qHS x 2days then Stop | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/9/09 | Visterol 50mg P.O qHS to start once Trazodone D/C'd | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/24 | Celexa 40mg P.O Q AM | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DATE OF BIRTH OR SOC. SEC. NO.  
ALLERGIES  
NAME AND NUMBER  
03/05/ 
FACILITY  
DIAGNOSIS

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/09 Original Order | CITALOPRAM 1@BR 40 MG TABL SUB FOR: CELEXA 40MG TABLET ODOR, NMLD TAKE 1 TABLET BY MOUTH IN THE MORNING X 7 WEEKS | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/27/09 Original Order | TRAZODONE 150MG TABLET SUB FOR: DESYREL 150MG TABLET ODOR, NMLD TAKE 1 TABLET BY MOUTH AT BEDTIME X 7 WEEKS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/15/09 Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/9/09 Original Order | Vistaril 50mg P.O Q HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/27/09 Original Order | Celexa 40mg q AM | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/3/09 Original Order | Vistaril 50 ml q HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PAXTON

| | Initial · Signature | | | Initial · Signature | | | Initial · Signature | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NKA | FACILITY | DIAGNOSIS |
|---|---|---|---|
| | NKA | | |

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROXYZINE PAM 50MG CAP 4/27/09 SUB FOR: VISTARIL 50MG CAPSULE RXDON, NRXD TAKE 1 CAPSULE BY MOUTH AT BEDTIME AFTER TRAZODONE IS DCD X 6 WEEKS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CITALOPRAM HBR 40 MG TABL 4/27/09 SUB FOR: CELEXA 40MG TABLET RXDON, NRXD TAKE 1 TABLET BY MOUTH IN THE MORNING X 6 WEEKS | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|

| NAME AND NUMBER | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | FACILITY | DIAGNOSIS |
|---|---|---|---|---|
| TON/T. R1045.4 | | NKA | | |

# MEDICATION ADMINISTRATION RECORD

SEP - - 2009

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/09 Original Order / Discontinue | Celexa 40mg 7hm | hm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/13/09 Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/23/09 Discontinue | Visaril 50mg HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| LOCATION | MATE NAME AND NUMBER | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | FACILITY | DIAGNOSIS | CHARTING SEP THROUGH SEP |
|---|---|---|---|---|---|---|
| R1454 | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

8

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
### 814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HYDROXYZINE PAM 50MG CAP
SUB FOR: VISTARIL 50MG CAPSL
TAKE 1 CAPSULE BY MOUTH
AT BEDTIME X 10 WEEKS

CITALOPRAM HBR 40 MG TABL
SUB FOR: CLEXA 40MG TABLET
TAKE 1 TABLET BY MOUTH IN
THE MORNING X 10 WEEKS

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|

ALLERGIES: NKA

DATE OF BIRTH  SEX  SEC. NO.

NAME AND NUMBER                FACILITY                CHARTING FOR          THROUGH

9

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/06/09 | CITALOPRAM HBR 40 MG TABL SUB FOR: CELEXA 40MG TABLET RX#: ___ ___ TAKE 1 TABLET BY MOUTH IN THE MORNING X 4 WEEKS | 8/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01/15/10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LOCATION: 325

INMATE NAME AND NUMBER

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: NKA

FACILITY

CHARTING FOR

THROUGH

DIAGNOSIS

10

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: PAYTON, TOBIAS

Hearing Date/Time: 7/1/2009  11:23 AM

Incident Number: 200901273/1 - STA

IDOC Number: R10454

Living Unit: STA-E-05-07

Status: Final

Race: BLK

Orientation Status: N/A

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 6/23/2009 | 200901273/1-STA | GROTE, KENLYN D | B-HOUSE | 11:00 AM |

| Offense | Violation | | Final Result |
|---------|-----------|--|--------------|
| 303 | Giving False Information To An Employee | | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS

Inmate Payton present, hearing conducted.  Payton states the Nurse wouldn't give him his meds.

## BASIS FOR DECISION

Nurse Grote stated in her disciplinary report.  Inmate Payton gave the Officer a false report stating I wouldn't give him his meds.  Grote stated she stop by Payton cell to give him his medication and he stated to her "I not getting down from this bunk." Grote said she then continued on to the next cells.  Grote said the F house tower is a witness to the incident that she stopped at his cell to give him his meds.  Officer Zertino and Margue were in the tower and stated she did stop at his cell door.  This Committee is satisfied that Payton is guilty of the indicated charge.  Payton was identified by his IDOC ID card.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |
| Basis for Discipline:Nature of incident | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| FRANKLIN, JOHNNIE L  - Chair Person | | 07/01/09 | BLK |
| JOHNSON, BILLY E | | 07/01/09 | BLK |
| Recommended Action Approved | | | |

Final Comments: N/A

| | Signature | Date |
|--|-----------|------|
| MARCUS HARDY / MR  7/8/2009 | | 07/06/09 |
| Chief Administrative Officer | | |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | When Served  -- Date and Time | |
|--|-------------------------------|--|
| CLEO JOHNSON | 7/6/2009 | 02:00 PM |
| Employee Serving Copy to Committed Person | | |

Run Date: 5/16/2012 15:00:18

Page 1 of 1



EXHIBIT: 2
NAME: Payton
DATE: 3-29-13
Kathleen Winge, CSR 084-001438

P.11

E.-3-25 #44
8-10-09

"Attention"
Attention Grievance officer

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 8-10-09 | Offender: (Please Print) Tobias Payton | IDs: R18456 |

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☑ Staff Conduct | ☐ Dietary | ☑ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | ☐ Other (specify): |

Received Grievance Office
SEP 11 2009
9076

☐ Disciplinary Report: _____ / _____ / _____
Date of Report                Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Nurse Kenlyn Grote refused to give me my physic meds for two months I wrote a grievance back 14 March or April reporting Kenlyn's negelence, and unprofessed conduct; that grievance was never responded to. On June 19, 2009 Kenlyn Grote didn't give me my meds upon yelling for my meds c/o Kirk came on the gadery at which time I explained my problem ☐ has been going on for two months, C/O Kirk called Nurse Kenlyn to bring my meds which she refused. Nurse Kenlyn still not bring me my meds on June 22, 2009, C/O Kirk told me to report her to the Nurse if B-house

Relief Requested: the proper disciplinary action taken against Nurse Kenlyn Grote and c/os. Zertino, and Marque.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   _____   _____
Offender's Signature              ID#          Date

(Continue on reverse side if necessary)

EXHIBIT: 3
NAME: Payton
DATE: 3-29-13
Kathleen Winger, CSR 084-001453

| **Counselor's Response (if applicable)** |

Date Received: 8, 20, 09     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: inmate's grievance is related to medical treatment and will be forwarded to HCU for review

C. Harris                          Cole                 8-20-09
Print Counselor's Name          Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** |

Date Received: _____     Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance
                                                                                 ☐ No; an emergency is not substantiated.
Per MHS Resident is getting his meds on daily basis                              Offender should submit this grievance in the normal manner.
N. Noppulint 9/8/9

RECEIVED
DEC 14 2009
OFFICE OF
INMATE ISSUES

_____   _____
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

P. 12

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

L.T Nurse sent me to health care on June 22, 2009,
to get my med's, Nurse Kenlyn refused to give me my med's
because she said i refused them. On or about June 24, 2009
i received a ticket that Kenlyn wrote on me, saying i gave
false information to a officer, i never give false information
or refused my medication, i have multiple witnesses that
seen Nurse Kenlyn actions and will testify she refused
me my med's every time she passed them out for two months.
I was found guilty on the ticket Nurse Kenlyn wrote on
me because the adjustment committee state that c/o's
Zertino and Margue said they seen and heard me refuse
my meds, but what the adjustment committee c/o Margue
and Zertino failed to realize is that i was housed in
15-house when Kenlyn refused me my med's and Zertino
and Margue where working in f-house tower on the day of
this incident. In a responce to a grievance i wrote on
Kenlyn on 7-29-09, counselor Harris responded that health
care said i've been receiving my med's as prescribed; than
if that be true why hasn't Nurse Kenlyn been reporting
that i refused my med's over this two month period.
Why didn't she report on July 19 and 22, 2009, that i refused
my meds. I never refused my med's and the only time
i received them during the two months in question is when Nurse
Kenlyn wasn't working. C/o's Zertino and Margue lied to
the adjustment committee about me refusing my meds, and i
have witnesses that will state they lied; also i have the
report that say's they were working in f-house tower that
day. Even if this incident accured in f-house there's no way
c/o Zertino and Margue could see and hear my tell Nurse
Kenlyn i don't want my meds. Nurse Kenlyn refused me my
meds for months, and c/o's Zertino and Margue made false
statements that caused me to be disiplined unjustly; and
they should be disiplined for there unprofessional conducts.

**RECEIVED**
DEC 14 2009
OFFICE OF
INMATE ISSUES

Distribution: Master File, Offender       Page 2       DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

P. 13

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: September 11, 2009      Date of Review: October 29, 2009      Grievance # 1979

Tobias Payton                                                                    R10454

Nature of Grievance:  Medical TX

*** FILED TIMELY ***

Facts Reviewed:  Grievant states that he has been denied his psyc meds for allegedly two months

Grievance written: 8/10/09

Sent to HCU:   8/20/09

Per Liping Zhang, MD: The writer reviewed the offender medical records.  Per MARS the offender is getting his psychiatric medications on a daily basis.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.  It appears that inmates medical needs have been addressed and met.

Recommendation:  No further recommendations necessary.

Shaun Bass CCII
Print Grievance Officer's Name                                          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 11/8/09      ☐ I concur      ☐ I do not concur      ☐ Remand

Comments:

Chief Administrative Officer's Signature                                          11/8/09      Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

**RECEIVED**

DEC 14 2009      Committed Person's Signature                          ID#                          Date

OFFICE OF
INMATE ISSUES

Distribution:  Master File; Committed Person                                          DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

P. 14



**Illinois**
Department of
**Corrections**

Pat Quinn
Governor

Michael P. Randle
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

## MEMORANDUM

Date:    September 8, 2009

From:    Liping Zhang

Subject: Medical Grievance response from offender #10454

Offender Payton IDOC #B-40521 Medical Grievance response dated 8/10/09.

The writer reviewed the offender's medical records per chart, the offender is getting his psychotropic medication on a daily basis.

LZ:mlm

CC: File
     Medical Records

Received
Grievance Office

SEP 11 2009
1976

STA #

EXHIBIT: 5
NAME: Payton
DATE: 3-29-13
Kathleen Wings, CSR 084-001438

RECEIVED
DEC 14 2009
OFFICE OF
INMATE ISSUES

P. 15



**Illinois
Department of
Corrections**

**PAT QUINN**
Governor

**MICHAEL P. RANDLE**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

April 20, 2010

Tobias Payton
Register No.  R10454
Stateville Correctional Center

Dear Mr. Payton:

This is in response to your grievance received on December 14, 2009, regarding Medical and Staff Conduct (Nurse Kenlyn Grote denying your psychiatric medication and Stateville chain of command), which was alleged to have occurred at Stateville Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated August 10, 2009.  You state that Nurse Kenlyn Grote is denying you your psychiatric medication.  You believe you are being held illegally in Segregation.  You state that the Stateville chain of command will not deal with your grievances, notably one dealing with Legal Mail.

The Grievance Officer's Report (1976) and subsequent recommendation dated September 11, 2009 and approval by the Chief Administrative Officer on November 12, 2009 have been reviewed.

Based on a total review of all available information and in accordance with DR504.850 it is the opinion of this office that the grievance has been ruled mixed.  Due to MARS records reflecting that you are being given your psychiatric medications on a daily basis this issue has been ruled no merit.  With reference to you currently being held illegally in Segregation; 6 months Segregation was the discipline from a February 2010 disciplinary report you received while at Stateville.  It would appear that Stateville chain of command is properly handling your grievances.  As this is the second grievance this office has dealt with.  The issue legal mail was previously addressed on grievance number 2130 on March 12, 2010 by this office.

FOR THE BOARD: *Gina Allen*

Gina Allen
Administrative Review Board
Office of Inmate Issues

CONCURRED: *Michael P. Randle*   *TA*
               *5/3/10*

Michael P. Randle
Director

EXHIBIT: _6_
NAME: *Payton*
DATE: *3-29-13*
Kathleen Winge, CSR 084-001438

cc:   Warden Marcus Hardy, Stateville Correctional Center
      Tobias Payton, Register No. R10454

1273/1

STA-B-6-89

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**
STATEVILLE
Facility

Date: 6/23/09

**Type of Report:** ☒ Disciplinary ☐ Investigative

Offender Name: PAYTON, TOBIAS     ID #: R10454

Observation Date: 6/23/09   Approximate Time: 11:00 ☒a.m ☐p.m   Location: HCU

Offense(s): DR 504: 303 Giving False Information

Observation: (NOTE: Each offense identified above must be substantiated.) ON THE ABOVE DATE AND APPROX TIME I/m R10454 violated 303 when He gave FALSE INFORMATION TO SECURITY. AT APPROX 9:00 am WHEN THIS WRITER STOPPED AT CELL B629 TO GIVE I/m R10454 HIS MORNING MEDS HE STATED "I AIN'T FITTIN TO GET OFF THIS TOP BUNK" WRITER CONTINUED WITH HER ASSIGNMENT HE SAME. FALSE INFO WHEN HE TOLD SECURITY HE DID NOT GET HIS MEDS. WHEN I/m REFUSED TO COME DOWN OFF THE TOP BUNK HE WAS NON-COMPLIANT WITH THE PROCEDURE FOR MEDICATION ADMINISTRATION, EOR

Witness(es): CAT WALK CO.

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| | | | | |
|---|---|---|---|---|
| Robert M | | M.Ardenn | 6/23/09 | 11:50 ☒a.m ☐p.m |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge # _____     Shift Supervisor's Signature _____   Date _____
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

| | | |
|---|---|---|
| MARIE LEMKE #1277 | Marie Om | 6/24/09 |
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

| | | |
|---|---|---|
| S. BROWN 2793 | S. Be | 6-24-09 |
| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation regarding the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may request staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

| | | |
|---|---|---|
| S Brown | Offender's Signature | 2793 |
| Serving Employee (Print Name) | | Badge # |
| 6-25-09 | 8:10 | |
| Date Served | Time Served | |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____     _____
Offender's Signature          IDN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

_____     _____     _____
Date of Disciplinary Report     Print offender's name     Date

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness _____   Witness badge or IDN _____   Assigned Cell _____   Title (if applicable) _____
(if applicable)

Witness can testify to: _____

Print Name of witness _____   Witness badge or IDN _____   Assigned Cell _____   Title (if applicable) _____
(if applicable)

Witness can testify to: _____

Distribution: Master File
Offender
Facility [2]

Page ___1___ of ___1___
Printed on Recycled Paper

DOC 0317 (Rev. 2/2007)

EXHIBIT: 1
NAME: Payton
DATE: 3-24-13
Kathleen Wings, CSR 084-001430

P.19

Untied States District Court
IN THE

Northern District of Illinois
Eestern Division

Tobias Peyton
_____
Plaintiff/Petitioner

Vs.

Kenlyn Grote et al.
_____
Defendant/Respondent

)
)
)
)
)
)
)

No. 10-C-3069

## PROOF/CERTIFICATE OF SERVICE

TO: U.S District Clerk
219 S Deerborn St.
Chicago, Il. 60604

TO: Christopher E. Walter
100 W. Randolph St, 13th Fl
Chicago, Il. 60601

PLEASE TAKE NOTICE that on _____2-25-_____, 20_14_, I placed the
attached or enclosed documents in the institutional mail at _Stateville_
Correctional Center, properly addressed to the parties listed above for mailing through
the United States Postal Service.

DATED: 2-25-2014

/s/ Tobias Peyton
NAME: Tobias Peyton
I.D.O.C.#: R10454
_Stateville_ Correctional Center
P.O. Box: 12
_Joliet_, IL 60134

Subscribed and sworn to before me this _____ day of _____, 20_____.

_____
Notary Public